**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **CURTIS RAY BALLOU,** | : | |
| **Plaintiff** | : | |
| v. | : | **CASE NO. 7:12-CV-31 (HL)** |
| **WILLIAM DANFORTH, et al,** | : | |
| **Defendants** | : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 5) filed February 22, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 13th day of March, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**