# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **CURTIS RAY BALLOU,**<br><br>　　　　v.<br><br>**OFFICER BARBER and OFFICER BATES,**<br><br>　　　　Defendant. | Action No. 7:12-cv-31 (HL) |

## ORDER

The Recommendation of the United States Magistrate Judge (Doc. 33) has been read and considered and is, hereby, approved, adopted, and made the Order of the Court. The Objection of Plaintiff Curtis Ray Ballou (Doc. 34) has also been read and thoroughly considered and is found to be without merit. Though Plaintiff continues to allege in his Objection that he was unable to exhaust the grievance process because of Defendants' threats, Plaintiff does not present sufficient evidence to support his claim. Therefore, the Court finds that Plaintiff did not exhaust his administrative remedies and the Motion to Dismiss filed by Defendants is granted.

**SO ORDERED,** this 27th day of November, 2012.

　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　HUGH LAWSON, SENIOR JUDGE

ebr